USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DORTHLEY BEAUVAL,

                Plaintiff,

v.

THE CITY OF NEW YORK, NYC POLICE COMMISSIONER DERMOT SHEA, PO DANIEL TOOMA, WILLIAM HELBOCK, and JOHN DOES 1 THROUGH 10,

                Defendants.

No. 21-CV-9206 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has been advised that a subsequent mediation conference is scheduled in this matter for September 7, 2022. In light of that, in the event mediation is unsuccessful, the initial pretrial conference previously scheduled for August 12, 2022 is hereby adjourned to October 4, 2022 at 11:00 a.m. This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    The parties shall submit their joint letter and proposed case management plan, as detailed in the Court's Order dated March 9, 2022, on or before September 27, 2022.

SO ORDERED.

Dated:    August 8, 2022
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge